UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

FRANK V. LOVELL,

                  Plaintiff,

   -against-

MAIMONIDES MEDICAL CENTER,

                  Defendant.

-------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

11-CV-4119 (KAM)(LB)

**MATSUMOTO, United States District Judge:**

       On June 3, 2011, *pro se* plaintiff Frank V. Lovell
("plaintiff") filed the instant action against Maimonides
Medical Center ("defendant").  (*See generally* ECF No. 1, Compl.)
Plaintiff alleges that defendants unlawfully discriminated
against him on the basis of his race in violation of Title VII
of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*  On
October 14, 2011, plaintiff filed an amended complaint. (ECF No.
5, Am. Compl.)  Plaintiff's amended complaint specifically
alleges that defendants unlawfully failed to promote plaintiff,
subjected him to unequal terms and conditions of employment, and
retaliated against him.  (*See* Am. Compl. ¶ 4.)

       Following discovery, on October 12, 2012, defendant
moved for summary judgment pursuant to Federal Rule of Civil
Procedure 56.  (*See* ECF No. 32, Notice of Mot. for Summary
Judgment.)  On April 1, 2013, the court referred defendant's

motion to Magistrate Judge Lois Bloom for a Report and
Recommendation.  (*See* Order Referring Mot., Apr. 1, 2013.)  On
August 8, 2013, Judge Bloom issued a Report and Recommendation
recommending that the court grant defendant's motion for summary
judgment in its entirety. (*See* ECF No. 41, Report and
Recommendation ("R&R") at 1, 30.)  The Report and Recommendation
also informed the parties that any objections to the report must
be filed within fourteen (14) days of service of the report.
(R&R at 30 (citing 28 U.S.C. § 636(b)(1).)  Also on August 8,
2013, the Clerk of the Court mailed a copy of the Report and
Recommendation to plaintiff.  (*See id.*)  Therefore, allowing for
delivery of the Report and Recommendation, the deadline for
plaintiff to file objections to the report was August 26, 2013.

On August 22, 2013, plaintiff filed a notarized motion
to appoint counsel, which noted that plaintiff had previously
contacted the court's *Pro Se* Staff Attorneys about obtaining pro
bono counsel.  (ECF No. 42, Mot. to Appoint Counsel.)  On August
23, 2013, the court issued the following order denying
plaintiff's motion to appoint counsel:

> There is no right to counsel in a civil
> case. *Martin-Trigona v. Lavien*, 737 F.2d
> 1254, 1260 (2d Cir. 1984); *Cardona v. Cmty.
> Access, Inc.*, No. 11-CV-4129, 2013 U.S.
> Dist. LEXIS 10778, at *16 n.4 (E.D.N.Y. Jan.
> 25, 2013). The court also cannot compel an
> attorney to take a civil case without a fee.

> *Mallard v. United States District Court*, 490
> U.S. 296, 309 (1989); *Wilson v. Family
> Dollar Stores*, No. CV-06-639, 2006 U.S.
> Dist. LEXIS 31967, at *1 (E.D.N.Y. May 19,
> 2006). Accordingly, *pro se* plaintiff's
> motion to appoint counsel is denied.
> Plaintiff is, however, hereby granted an
> extension of time until September 3, 2013,
> to file objections to Magistrate Judge
> Bloom's August 8, 2013, Report and
> Recommendation. A copy of this order shall
> be mailed to *pro se* plaintiff by my
> chambers.

(Order denying Mot. to Appoint Counsel, Aug. 23, 2013.) To
date, no objections to the Report and Recommendation have been
filed. (*See generally* Docket No. 11-CV-4119.)

A district court reviews those portions of a Report
and Recommendation to which a party has timely objected under a
*de novo* standard of review and "may accept, reject, or modify,
in whole or in part, the findings or recommendations . . ." 28
U.S.C. § 636(b)(1)(C). However, where no objections to the
Report and Recommendation have been filed, the district court
"need only satisfy itself that that there is no clear error on
the face of the record." *Urena v. New York*, 160 F. Supp. 2d
606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F.
Supp. 1186, 1189 (S.D.N.Y. 1985)).

Upon a careful review of the record and Judge Bloom's
well-reasoned and thorough Report and Recommendation, the court
finds no clear error and hereby affirms and adopts the Report

and Recommendation in its entirety as the opinion of the court. Accordingly, defendant's motion for summary judgment is granted in its entirety and judgment shall be entered in favor of defendant.

The Clerk of the Court is respectfully directed to serve a copy of this order upon *pro se* plaintiff at his address of record on the docket no later than September 9, 2013, enter judgment in favor of defendant, and close this case.

**SO ORDERED.**

Dated:    September 6, 2013
          Brooklyn, New York

                                        _____/s/_____
                                        Kiyo A. Matsumoto
                                        United States District Judge

4